# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**JABREELA WILSON,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　　**Case No.  8:10-cv-707-T-30TBM**

**AMERILOAN,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff Jabreela Wilson's Motion for Entry of Default Judgment (Dkt. 10).  Upon consideration, the Court declines to enter judgment against Defendant Ameriloan because it has not been shown that Ameriloan is a proper entity.  Plaintiff has provided no evidence that Ameriloan is a corporation.  However, the Court will allow Plaintiff 45 days to serve either an appropriate individual or existing entity.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Motion for Entry of Default Judgment (Dkt. 10) is DENIED.

2. Plaintiff shall serve an appropriate defendant within forty-five (45) days of the entry of this Order.

**DONE** and **ORDERED** in Tampa, Florida on October 5, 2010.

                                          JAMES S. MOODY, JR.
                                          UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record