UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JABREELA WILSON,

    Plaintiff,

v.                                       Case No.  8:10-cv-707-T-30TBM

AMERILOAN,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Voluntary Dismissal (Dkt. #14).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on February 15, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-707.dismiss 14.wpd